IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>GABRIEL ANTONIO BLANCO-ARAUJO,<br><br>                Defendant. | 4:02CR3152<br><br>**JUDGMENT** |

For the reasons stated in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1.     The Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 174, is summarily dismissed; and

3.     The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 21st day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge